# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE GORDON,<br><br>　　Plaintiff<br><br>v.<br><br>DEPARTMENT OF MOTOR VEHICLES,<br><br>　　Defendant | Case No.: 2:18-cv-00834-APG-VCF<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF Nos. 1, 3] |

　　On May 17, 2018, Magistrate Judge Ferenbach issued a report and recommendation that I dismiss this case for lack of subject matter jurisdiction and deny as moot plaintiff Stephanie Gordon's application for leave to proceed in forma pauperis. Gordon did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　IT IS THEREFORE ORDERED that Judge Ferenbach's report and recommendation **(ECF No. 3) is accepted**. Plaintiff Stephanie Gordon's complaint is DISMISSED without prejudice and her application to proceed in forma pauperis **(ECF No. 1) is DENIED** as moot.

　　DATED this 3rd day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE